IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| NICK HARVEY, CINDY STURTZ and DAVID AUSBORN, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AB ELECTROLUX, ELECTROLUX HOME PRODUCTS, INC., ELECTROLUX HOME PRODUCTS NORTH AMERICA n/k/a ELECTROLUX MAJOR APPLIANCES NORTH AMERICA and ELECTROLUX HOME CARE PRODUCTS, INC.,<br><br>Defendants. | Case No. 11-3036 MWB<br><br>**ORDER APPROVING SETTLEMENT AND DISMISSAL WITH PREJUDICE** |

This case is before the Court on the Parties' joint motion for approval of the settlement set out in the Global Settlement Agreement ("Agreement"). After a review of both the Agreement presented by the parties as well as the Individual Agreement and General Release of the Named Plaintiffs, the Court determines that the terms of the settlement of this litigation are fair, reasonable and adequate, including the amounts paid to the Named Plaintiffs and Remaining Opt-Ins as well as the fees and costs paid to Plaintiffs' Attorneys.

THEREFORE, it is hereby ordered, as follows:

1. This order incorporates by reference the definitions in the Agreement, and all terms used herein shall have the same meanings set forth in the Agreement.

2. The Court hereby approves the Agreement (including the requests for an award of attorneys' fees and costs and the Named Plaintiffs' service awards) and each Named Plaintiff's

Individual Agreement and General Release and hereby DISMISSES WITH PREJUDICE any and all claims that were or could have been raised in the above-styled lawsuit by the Named Plaintiffs and Opt-In Plaintiffs. The Court further approves the Parties' agreement that the Remaining Plaintiffs waive any and all rights to appeal. Opt-In Plaintiffs who are not Remaining Plaintiffs do not waive their appeal rights.

SO ORDERED this 20th day of March, 2015.

_Mark W. Bennett_
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA